F/S
21 Days

Sally Motodani
13534 Mercer Street
Pacoima, CA 91331
Tel: (818) 448-9667
Plaintiff Sally Motodani "In Pro Per"

FILED
2022 JAN 31 PM 12: 26
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sally Motodani, | CASE NO.: CV22-664-GW(MRWx) |
| Plaintiff, | **COMPLAINT FOR DAMAGES AND INJUNCTION RELIEF FOR:** |
| v. | 1. FRAUD |
| | 2. ELDER ABUSE |
| MONEYGRAM Payment Systems, Inc. a Corporation, also doing Business as, TA MONEYGRAM CORPORATION, in the State of California | |
| Defendant. | |

PAID
JAN 31 2022

**COMES NOW** Sally Motodani referred herein as "Plaintiff" complains against MoneyGram a Corporation, further also doing business as, TA MONEYGRAM CORPORATION, in the State of California, referred herein as "Defendant(s)" on the above Referenced matter, hereby Plaintiff alleges to the following:

## PARTIES

1. Plaintiff Sally Motodani is a California resident and resides in the County of Los Angeles in the State of California, at the preset time Mrs. Motodani is 96 years old, further commenced doing money transfers through and by MONEYGRAM on April of the year 2010 all through March of the year 2013 as fact was defrauded by Defendant along with telemarketers, its agents and subagents, who were aware of this fraudulent activity and did nothing about it, whom were conducting business over the phone and other methods and means as well, further by doing so this act against an elder

woman, whom at that time was about 84 years old, when Plaintiff started making these money transfers to the **Country of Jamaica,** Also three States within the United States, such as **Florida USA, Arkansas USA**, and **New York USA.** Furthermore, this has caused Plaintiff economical hardship, such as losing her pension savings, thus also due to her financial downfall had to do a **reverse mortgage** on her property located at 13534 Mercer Street Pacoima, in the State of California County of Los Angeles, in which said property, in furtherance in regards to her substantial money owed to the Bank, it would be impossible for Plaintiff to clear this debt from the Bank, due to all this money owed to the Bank, now as is been noted, it's just a matter of time for said property to be taken by the lending institution whom holds the note of debt on said property, moreover other monies were also losses through MoneyGram that also committed fraud to Plaintiff, **however MoneyGram reimbursed Plaintiff the sum amount of $16,000.00 on their own their recognizance**, but yet monies sent through MoneyGram have to be acknowledged if there is other monies owed to Plaintiff according to receipts or other proofs.

    However if permissible Plaintiff will bring forth this action against Defendant MoneyGram Corporation, also doing business as, TA MONEYGRAM CORPORATION, under Section 13(b) of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 53(b), and the Telemarketing and Consumer Fraud and Abuse Prevention Act ("Telemarketing Act"), 15 U.S.C.§§ 6101-6108, to obtain permanent injunctive relief, rescission or reformation of contracts, restitution, the refund of monies paid, disgorgement of ill-gotten monies, and other equitable relief for Defendant's acts or practices in violation of Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), and in violation of the FTC's Trade Regulation Rule entitled "Telemarketing Sales Rule" ("TSR"), 16 C.F.R. Part 310, NO. 1 in connection with Defendant's failure to take timely, appropriate, and effective measures to mitigate fraud in the processing of money transfers sent by consumers.

2. The FTC enforces Section 5(a) of the FTC Act, 15 U.S.C. § 45(a), which prohibits unfair or deceptive acts or practices in or affecting commerce. The FTC also enforces the Telemarketing Act, 15 U.S.C. §§ 6101-6108. Pursuant to the Telemarketing Act, the FTC promulgated and enforces the TSR,16 C.F.R. Part 310, which prohibits deceptive and abusive telemarketing acts or practices.

## VENUE

3. This Court has subject matter jurisdiction over this matter pursuant to Title 47 U.S.C Section 605, venue is proper in the Central District of California, because a substantial part of the events or omissions given, rise to the claim occurred in this District and/or because, *inter alia,* Defendants' have businesses established within the State of California (28U.S.C. §§ 1391 (b) and 28 U.S.C. § 84(c)(2)).

## PLAINTIFF'S FACTUAL ALLEGATIONS

4. Plaintiff since on or about April 2010 started doing money transfers through MoneyGram to foreign Countries such as the main Country which money was sent was **Jamaica** from the years 2010, 2011, 2012 and the year 2013 or 2010 through the year 2013

ITEMIZATION OF MONEY SENT BY MONEYGRAM FOR THE YEAR 2010 PLUS FEES

| Date | Reference Order No. | Receiver Name | Receiver Address | Amount |
|---|---|---|---|---|
| 1. 04/17/2010 | 424-97-465 | Aljarrou Allen | Jamaica | $259.90 |
| 2. 04/30/2010 | 252-09-597 | Aljarrou Allen | Jamaica | $589.90 |
| 3. 05/11/2010 | Unable To Read R/O No. | Aljarrou Allen | Jamaica | $509.90 |
| 4. 05/13/2010 | 276-57-408 | Marlon Lewis | Jamaica | $709.90 |
| 5. 05/13/2010 | 279-78-690 | Christopher Allen | Jamaica | $709.90 |
| 6. 05/15/2010 | 165-26-816 | Christopher Allen | Jamaica | $439.90 |
| 7. 05/19/2010 | 159-51-854 | Ricardo Phillips | Jamaica | $609.90 |
| 8. 05/21/2010 | 990-77-873 | Jodi Davison | Jamaica | $609.90 |
| 9. 05/24/2010 | 206-64-352 | Dorothy Poston | Florida USA | $1,057.50 |
| 10. 05/24/2010 | 839-40-937 | Courtney Dawson | Jamaica | $1,009.90 |
| 11. 05/25/2010 | 387-10-059 | Marlon Lewis | Jamaica | $459.90 |
| 12. 05/ 25/2010 | 903-57-953 | Marlon Lewis | Jamaica | $459.90 |
| 13. 05/28/2010 | 516-51-870 | Aljarrou Allen | Jamaica | $509.90 |
| 14. 05/28/2010 | 970-26-507 | Christopher Allen | Jamaica | $509.90 |

COMPLAINT FOR FRAUD, CONVERSION, UNFAIR BUSINESS PRACTICES

| # | Date | Number | Name | Location | Amount |
|---|------|--------|------|----------|--------|
| 15. | 05/29/2010 | 790-60-949 | Ian Coleman | Jamaica | $209.00 |
| 16. | 06/01/2010 | 639-07-720 | Lucrecia Wong | Jamaica | $309.90 |
| 17. | 06/01/2010 | 414-63-178 | Jodi Davidson | Jamaica | $509.90 |
| 18. | 06/03/2010 | 584-71-212 | Lucrecia Wong | Jamaica | $509.90 |
| 19. | 06/03/2010 | 156-20-566 | Ian Coleman | Jamaica | $509.90 |
| 20. | 06/06/2010 | 666-99-422 | Christopher Allen | Jamaica | $2,040.00 |
| 21. | 06/06/2010 | 214-13-998 | Aljarrou Allen | Jamaica | $2,040.00 |
| 22. | 06/08/2010 | 952-85-899 | Aljarrou Allen | Jamaica | $409.90 |
| 23. | 06/09/2010 | 435-42-379 | Aljarrou Alllen | Jamaica | $1,530.00 |
| 24. | 06/09/2010 | 301-42-397 | Christopher Allen | Jamaica | $1,530.00 |
| 25. | 016/15/2010 | 754-08-790 | Aljarrou Allen | Jamaica | $1,428.00 |
| 26. | 06/15/2010 | 700-47-530 | Christopher Allen | Jamaica | $1,009.00 |
| 27. | 06/15/2010 | 222-77-372 | Christopher Allen | Jamaica | $1,428.00 |
| 28. | 06/23/2010 | 872-48-957 | Marlon Lewis | Jamaica | $609.90 |
| 29. | 08/03/2010 | 936-49-787 | Jodi Davidson | Jamaica | $509.90 |
| 30. | 10/11/2010 | 993-83-911 | Dorothy Poston | Florida USA | $211.00 |
| 31. | 10/12/2010 | 212-40-376 | Dorothy Poston | Florida USA | $323.00 |
| 32. | 10/12/2010 | 312-73-241 | Dorothy Poston | Florida USA | $211.00 |
| 33. | 10/13/2010 | 209-38-845 | Dorothy Poston | Florida USA | $323.00 |
| 34. | 10/13/2010 | 678-07-226 | Dorothy Poston | Florida USA | $211.00 |
| 35. | 10/14/2010 | 616-40-497 | Dorothy Poston | Florida USA | $211.00 |
| 36. | 10/15/2010 | 981-65-697 | Dorothy Poston | Florida USA | $323.00 |
| 37. | 10/16/2010 | 958-88-491 | Dorothy Poston | Florida USA | $534.50 |
| 38. | 10/16/2010 | 765-29-487 | Dorothy Poston | Florida USA | $323.00 |
| 39. | 10/16/2010 | 627-84-293 | Ian Coleman | Jamaica | $509.90 |
| 40. | 10/18/2010 | 387-51-273 | Dorothy Poston | Florida USA | $211.00 |
| 41. | 10/21/2010 | 325-57-183 | Dorothy Poston | Florida USA | $534.50 |
| 42. | 10/21/2010 | 190-79-526 | Dorothy Poston | Florida USA | $534-50 |
| 43. | 10/22/2010 | 652-13-372 | Dorothy Poston | Florida USA | $1057.50 |
| 44. | 10/22/2010 | 695-34-687 | Dorothy Poston | Florida USA | $323.00 |
| 45. | 10/23/2010 | 372-14-137 | Dorothy Poston | Florida USA | $423.00 |
| 46. | 10/28/2010 | 735-40-625 | Dorothy Poston | Florida USA | $161.00 |
| 47. | 10/30/2010 | 667-81-988 | Dorothy Poston | Florida USA | $323.00 |
| 48. | 06/25/2010 | 711-46-184 | Dorothy Poston | Florida USA | $211.00 |
| 49. | 10/30/2010 | 418-97-501 | Dorothy Poston | Florida USA | $211.00 |
| 50. | 11/01/2010 | 925-87-853 | Dorothy Poston | Florida USA | $534.50 |
| 51. | 11/03/2010 | 334-16-966 | Dorothy Poston | Florida USA | $423.00 |
| 52. | 07/06/2010 | 238-36-646 | Gladys McFadden | Arkansas USA | $534.50 |
| 53. | 11/11/2010 | 338-67-595 | Dorothy Poston | Florida USA | $323.00 |
| 54. | 11/12/2010 | 524-17-195 | Dorothy Poston | Florida USA | $634.00 |
| 55. | 11/15/2010 | 510-50-282 | Dorothy Poston | Florida USA | $323.00 |
| 56. | 11/18/2010 | 675-91-512 | Dorothy Poston | Florida USA | $211.00 |
| 57. | 11/24/2010 | 675-91-512 | Dorothy Poston | Florida USA | $957.50 |
| 58. | 11/30/2010 | 214-41-837 | Dorothy Poston | Florida USA | $534.50 |
| 59. | 12/01/2010 | 625-15-044 | Dorothy Poston | Florida USA | $423.00 |
| 60. | 12/03/2010 | 303-91-803 | Dorothy Poston | Florida USA | $161.00 |

COMPLAINT FOR FRAUD, CONVERSION, UNFAIR BUSINESS PRACTICES

| No. | Date | Reference Order No. | Receiver Name | Receiver Address | Amount |
|---|---|---|---|---|---|
| 61. | 12/04/2010 | 556-30-124 | Dorothy Poston | Florida USA | $1,028.00 |
| 62. | 12/05/2010 | 695-01-804 | Dorothy Poston | Florida USA | $537.00 |
| 63. | 12/15/2010 | 748-53-747 | Dorothy Poston | Florida USA | $211.00 |

ITEMIZATION OF MONEY SENT BY MONEYGRAM FOR THE YEAR 2011 PLUS FEES

| No. | Date | Reference Order No. | Receiver Name | Receiver Address | Amount |
|---|---|---|---|---|---|
| 1. | 02/08/2011 | 199-92-557 | Judi Davidson | Jamaica | $209.00 |
| 2. | 02/11/2011 | 554-95-344 | Aubrey Smith | Jamaica | $309.99 |
| 3. | 02/16/2011 | 584-58-704 | Aubrey Smith | Jamaica | $409.99 |
| 4. | 03/11/2011 | 679-79-045 | Thomas Schwaoz | Jamaica | $509.99 |
| 5. | 03/14/2011 | 890-00-015 | Thomas Schwaoz | Jamaica | $459.99 |
| 6. | 03/22/2011 | 829-03-728 | Jodi Davison | Jamaica | $509.99 |
| 7. | 04/02/2011 | 406-73-039 | Jodi Davison | Jamaica | $509.99 |
| 8. | 05/02/2011 | 347-59-041 | Loleta White | Delaware USA | $782.00 |
| 9. | 05/03/2011 | 753-41-315 | Aubrey Smith | Jamaica | $509.99 |
| 10. | 06/13/2011 | 478-19-325 | Francine Blagrove | Jamaica | $809.90 |
| 11. | 06/15/2011 | 808-79-753 | Aljarrou Allen | Jamaica | $1,009.90 |
| 12. | 06/24/2011 | 996-88-673 | Francine Blagrove | Jamaica | $509.99 |
| 13. | 07/11//2011 | 457-56-868 | Francine Blagrove | Jamaica | $809.90 |
| 14. | 01/30/2013 | 914-02-232 | Francine Blagrove | Jamaica | $509.90 |
| 15. | 11/28/2011 | 856-54-005 | Trudy Ann | Jamaica | $1,530.00 |
| 16. | 12/03/2011 | 190-78-496 | Michael Hamcock | New York USA | $590.00 |

ITEMIZATION OF MONEY SENT BY MONEYGRAM FOR THE YEAR 2012 PLUS FEES

| No. | Date | Reference Order No. | Receiver Name | Receiver Address | Amount |
|---|---|---|---|---|---|
| 1. | 12/17/2012 | 600-48-294 | Crystal Styne | Jamaica | $75.00 |
| 2. | 12/24/2012 | 662-83-301 | Susan Guy | Jamaica | $50.00 |
| 3. | 12/28/2012 | 266-64-743 | Natalee Chin | Jamaica | $89.00 |

ITEMIZATION OF MONEY SENT BY MONEYGRAM FOR THE YEAR 2013 PLUS FEES

| No. | Date | Reference Order No. | Receiver Name | Receiver Address | Amount |
|---|---|---|---|---|---|
| 1. | 01/03/2013 | 448-27-330 | Natalee Chin | Jamaica | $430.00 |
| 2. | 01/29/2013 | 619-39-931 | Susan Guy | Jamaica | $69.99 |
| 3. | 01/30/2013 | 166.00.622 | Natalee Chin | Jamaica | $69.99 |
| 4. | 03/13/2013 | 276-24-392 | Natalee Chin | Jamaica | $134.99 |

///

///

## DEFENDANT

5. As noted by the Secretary of State of California, MoneyGram Systems, Inc. (MoneyGram), "Defendant" also doing business as (DBA) TA MONEYGRAM CORPORATION, whereas is a Corporation organized and existing under the laws of the State of Delaware, further is the place of its Incorporation. The address of its principal executive office is 7401 West Mansfield Ave., Lakewood, Colorado 80235. Further MoneyGram transacts or has transacted business in this district or the (State of California), as well as throughout the United States and the world.

6. Nonetheless also on information and belief MoneyGram operates, and enters into contracts for the provision of, money transfer services worldwide, through numerous of subsidiaries and affiliates, moreover as Plaintiff being one of the customers of Defendant had gone through the experience of said proceedings of Defendant and has been defrauded with their fraudulent acts by their agents and subagents, creating an effect on consumers and affected commerce, as "commerce" as so is defined in section 4 of the FTC act, 15 U.S.C. § 44. That states the owing: (1) Unfair methods of competition in or affecting commerce, unfair or deceptive acts or practices in or affecting commerce, are hereby declared unlawful.

## AS COUNT 1

### FRAUD

### UNFAIR OR FRAUDULENT BUSINESS ACT

(Against Defendant(s) MoneyGram Payment Systems, Inc. a Corporation also doing Business (DBA) as TA MoneyGram Corporation)

7. Plaintiff Sally Motodani hereby incorporates by reference all the allegations contained in paragraphs 1 through 6 above, inclusive as though set forth herein at length.

8. Whereas Defendant Violated the Business and Professions Code 17200. That states unfair

COMPLAINT FOR FRAUD, CONVERSION, UNFAIR BUSINESS PRACTICES

competition shall mean and include any unlawful, unfair or fraudulent business act of practice and unfair, deceptive, untrue or misleading advertising and any act prohibited by chapter 1(commencing with Section 17500) of part 3 of Division 7 of the Business and Professions Code, as it is in this regard against Defendant.

9. Based on information and belief, Defendant has participated in fraudulent acts since on or about the year 2004 with money transfers from the American people to the Country of Nigeria, in which Nigeria is believed, was the initiator of such scams and mainly of the American people, further Defendant even though was aware of such scams and fraud, would continue their money transfers to said Country, without taking any proper measures to resolve this issue. As reference on or about the year 2008 or 2010 an American Reporter visited the Country of Nigeria, looking for Nigerian Fraudsters, as one was spotted, however when the Reporter told the fraudster; so you are one of the persons "frauding" the American people; the Nigerian Gentleman run away, this encounter with the fraudster was on the news here in the United States.

## AS COUNT 11

## ELDER ABUSE

(Against Defendant(s) MoneyGram Payment Systems, Inc. a Corporation also doing Business (DBA) as TA MoneyGram Corporation)

10. Plaintiff Sally Motodani hereby incorporates by reference all the allegations contained in paragraphs 1 through 9 above, inclusive as though set forth herein at length.

11. At the time of all these said Money transfers sent by Plaintiff to Jamaica through and by Defendant MoneyGram, Plaintiff was about 84 years old, in light of all, at this age a person specially if they live by themselves, or on their own, as it is was in this regard, a person of this age is very vulnerable, for scammers and fraudster to take advantage of them, and on information and belief

Defendant had a great deal to do with this, with such fraudsters and scammers, further as a consequence of this unlawful acts of Defendant, Mrs. Motodani referred herein as plaintiff, has suffered tremendous losses, such as losing her pension savings, to say the least, also had to do a **REVERSE MORTGAGE** on her property located at 13534 Mercer Street Pacoima, California 91331 in which property, it's just a matter of time before is repossess by the lending institution that holds a debt note on said property.

**PLEASE TAKE NOTICE: That on or about between the year of 2014 and the year 2017 MoneyGram issued a check to plaintiff Sally Motodani for the sum amount of $16,000.00 in their own Recognizance.**

## PLAINTIFF SALLY MOTODANI PRAYER FOR RELIEF

**WHEREFORE,** Plaintiff prays for judgment against Defendant(s) as set forth below.

## ON ALL CAUSES OF ACTION

1. For damages in the sum amount of $47,933.39 **Minus $16,000.00**
2. For all cost of suit, including filing fees and Service of Process fees
3. For such other and further relief as the Court may deem just and proper.
4. For restitution to the Plaintiff Sally Motodani in further amount according to and from the Defendant(s) for their ill-gotten gains, and
5. For declaratory relief, and furthermore for prohibitory and mandatory injunctive relief and;
6. For such other and further relief as the Honorable Court may deem just and proper.

Respectfully Submitted,

Dated: 01/28/2022

*Sally Motodani*
Sally Motodani Plaintiff "In Pro Per"

COMPLAINT FOR FRAUD, CONVERSION, UNFAIR BUSINESS PRACTICES