Sally Motodani
13534 Mercer Street
Pacoima, CA 91331
Tel: (818) 448-9667
Plaintiff Sally Motodani "In Pro Per"
Josue1353m@gmail.com

RECEIVED
CLERK, U.S. DISTRICT COURT
AUG - 9 2022
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

FILED
AUG 17, 2022
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY   MKU
Deputy Clerk, U.S. District Court

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sally Motodani,<br><br>Plaintiff,<br><br>v.<br><br>MONEYGRAM Payment Systems, Inc. a Corporation, also doing Business as, TA MONEYGRAM CORPORATION, in the State of California<br><br>Defendant. | CASE No. 2.22-CV-00664-GW-MRW-x FWS<br><br>PLAINTIFF SALLY MOTODANI SECOND AMENDEND COMPLAINT FOR CAUSES OF ACTION AGAINST AGAISNT MONEYGRAM Payment Systems, Inc.<br><br>Action filed date: January 31, 2022 |

## PAINTIFF SALLY MOTODANI SECOND AMENDED COMPLAINT

Sally Motodani referred herein as "Plaintiff" complains against MoneyGram a Corporation, further also doing business as, TA MONEYGRAM CORPORATION, in the State of California, referred herein as "Defendant(s)" on the above referenced matter, hereby Plaintiff alleges to the following:

### PARTIES

1. Plaintiff Sally Motodani is a California resident and resides in the County of Los Angeles in the State of California, at the preset time Mrs. Motodani is 97 years old, further commenced doing money transfers through and by MONEYGRAM on April of the year 2010 all through March of the year 2013 as fact was defrauded by defendant along with telemarketers, its agents and subagents, who were aware of this fraudulent activity and did nothing about it, whom were conducting business

- 1 -
PLAINTIFF SALLY MOTODANI SECOND AMENDED COMPLAINT

over the phone and other methods and means as well, further by doing so this act against an elder woman, whom at that time was about 84 years old, when Plaintiff started making these money transfers to the **Country of Jamaica,** Also three States within the United States, such as **Florida USA, Arkansas USA,** and **New York USA.** Furthermore, this has caused Plaintiff Economical Hardship and suffering, such as losing her pension savings.

**However MoneyGram reimbursed Plaintiff the sum amount of $16,000.00 on their own their recognizance,** PLEASE see **(Exhibit A)** of verification of check, further check was made out to plaintiff Sally Motodani, for the mentioned amount above; moreover there herein there are proof of receipts on courts file of monies sent through MoneyGram said receipts could be brought forth to the court at the time of trail.

2.  Defendant MoneyGram Corporation, as also noted is doing business as, TA MONEY-GRAM CORPORATION.

## VENUE

3.  This Court has subject matter jurisdiction over this matter pursuant to Title 47 U.S.C § Section 605, venue is proper in the Central District of California, because a substantial part of the events or omissions given, rise to the claim occurred in this District and/or because, *inter alia,* Defendants' have businesses established within the State of California (28U.S.C. §§ 1391 (b) and 28 U.S.C. § 84(c)(2)).

## PLAINTIFF'S FACTUAL ALLEGATIONS

4.  As noted by the Secretary of State of California, MoneyGram Systems, Inc. (MoneyGram), "Defendant" also doing business as (DBA) TA MONEYGRAM CORPORATION, whereas is a Corporation organized and existing under the laws of the State of Delaware, further is the place of its Incorporation. The address of its principal executive office is 7401 West Mansfield

- 2 -
PLAINTIFF SALLY MOTODANI SECOND AMENDED COMPLAINT

Ave., Lakewood, Colorado 80235. Further MoneyGram transacts or has transacted business in this district or the (State of California), as well as throughout the United States and the world.

## FIRST CAUSE OF ACTION
### And act in bad faith for Monetary Gain

(Against Defendant(s) MoneyGram Payment Systems, Inc.)

5. Plaintiff refers to, and incorporates by reference, the allegations of Paragraphs 1 through 4 of this Second Amended Complaint, as though fully set forth herein.

6. Plaintiff suffered economical hardship as a result of the wrong doing of defendant that acted without regard of the action they took themselves by acting in bad faith.

## SECOND CAUSE OF ACTION
### Intentional Negligence

(Against Defendant(s) MoneyGram Payment Systems, Inc.)

7. Plaintiff refers to, and incorporates by reference, the allegations of Paragraphs 1 through 6 above, of this Second Amended Complaint, as though fully set forth herein.

8. Plaintiff suffered economical injury, as a result of defendants wrong doings without regard of actions they took themselves against plaintiff, in light of all when a defendant is aware of a danger but yet takes the risk to move forward in such act, then this will be to the discretion of the court to determine who is at fault of the incident whether the plaintiff or the defendant.

## THIRD CAUSE OF ACTION
### A Voluntary Act to Cause Economical Damage

(Against Defendants(s) MoneyGram Payment Systems, Inc.)

9. Plaintiff refers to, and incorporates by reference, the allegations of Paragraphs 1 through 8 of this Second Amended Complaint, as though fully set forth herein.

10. Plaintiff is informed and believes, and based thereon alleges, that defendant MoneyGram is responsible for the economical damages alleged in Plaintiff's Complaint.

11. However, if plaintiff Sally Motodani is found responsible under the law for any of the allegations contained in Plaintiff's Complaint, then further plaintiff is informed and believes, and based thereon alleges, that the conduct, in whole or in part, of the defendant, contributed to the happening of the acts alleged in Plaintiff's complaint on file herein.

### FORTH CAUSE OF ACTION
### Equitable Indemnity

(Against Defendant(s) MoneyGram Payment Systems, Inc.)

12. Plaintiff refers to, and incorporates by reference, the allegations of Paragraphs 1 through 11 of this Second Amended Complaint, as though fully set forth herein.

13. Plaintiff is informed and believes, and based thereon alleges, that defendant is in someway responsible for the damages alleged in Plaintiff's Complaint, then further plaintiff is informed and believes, and based thereon alleges, that the conduct, in whole or in part, of the defendant, contributed to the happening of the acts alleged in Plaintiff's complaint on file herein.

### FIFTH CAUSE OF ACTION
### Contribution

(Against Defendant(s) MoneyGram Payment Systems, Inc.)

14. Plaintiff refers to, and incorporates by reference, the allegations of Paragraphs 1 through 13 of this Second Amended Complaint, as though fully set forth herein.

15. By reason of the foregoing allegations, if Plaintiff has been damaged to the extent that plaintiff will be paid any sum, of a proportionate amount of defendant's liability, if any, will be assessed by the trier of fact.

16. Accordingly, defendant MoneyGram was not conscious of their actions and acted in disregard to the losses that plaintiff Sally Motodani would incurred, due to her age of eighty four (84) years of age and was vulnerable for this kind of fraudulent money transfers against consumers of

said services offered by defendant MoneyGram.

## SIXTH CAUSE OF ACTION
### Apportionment of Fault

(Against Defendant(s) MoneyGram Payment Systems, Inc.)

17. Plaintiff refers to, and incorporates by reference, the allegations of Paragraphs 1 through 16 of this Second Amended Complaint, as though fully set forth herein.

18. Defendant is liable, in whole or in part, for any economical damages that plaintiff has suffered.

19. If defendant is adjudged liable to Plaintiff for monetary losses, thus defendant should be required to pay any judgment entered in favor of plaintiff, which is in proportion to the comparative negligence of defendant in causing said losses to plaintiff.

## SEVENTH CAUSE OF ACTION
### Declaratory Relief

(Against Defendant(s) MoneyGram Payment Systems, Inc.)

20. Plaintiff refers to, and incorporates by reference, the allegations of Paragraphs 1 through 19 of this Second Amended Complaint, as though fully set forth herein.

21. A dispute has arisen and an actual controversy now exists between plaintiff and Defendant, concerning their respective rights and duties, in that plaintiff contends that she is entitled to indemnity from defendant, by virtue of the theory of implied equitable indemnity, and the theory of equitable indemnity. Plaintiff is informed and believes, and based thereon alleges that defendant, oppose and deny the above contentions and contend that plaintiff is not entitled to indemnity or contribution from any defendant herein.

22. A declaration of rights is necessary and appropriate at this time so that plaintiff may ascertain her rights and duties, because no adequate remedy, other than as prayed for, exists by

which the rights of the parties may be determined.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Sally Motodani prays for relief as follows:

### ON ALL CAUSES OF ACTION FIRST, SECOND THIRD, FORTH, FIFTH, SIXTH SEVENTH CAUSES OF ACTION AGAINST DEFENDNANT

1. For a declaration of this Court that Defendant, is requested to indemnify plaintiff, therefore plaintiff may recover against monetary losses against defendant in this action.

2. For a judgment against defendant, in such amount as the court may deem proper in favor of plaintiff in this action.

3. For a judgment against defendant, for being liable to plaintiff for additional percentage of damages proximately caused by defendant.

4. For judgment against defendant, in such amount as plaintiff may recover against defendant in this action

5. For judgment in proportionate which is in proportion to the comparative negligence of defendant in causing Plaintiff's economical damages.

6. For a judgment against defendant, declaring that has no liability to plaintiff's complaint filed in this action, such liability is instead should be the responsibility upon such plaintiff.

7. For costs of suit incurred herein; and

8. For such other and further relief as the Court may deem just and proper.

Respectfully Submitted,

Dated: 08/08/2022

*Sally Motodani*
Sally Motodani Plaintiff "In Pro Per"

## PROOF OF SERVICE

I am over the age of 18 and not a party to this action.

I am a resident of or employed in the county where the mailing occurred; my address: 13534 Mercer Street Pacoima, CA 91331

### NAME AND ADDRESS OF ATTORNEY FOR OTHER PARTY OR OTHER PARTY

I served to the following parties:
Attorney for Defendant MoneyGram
Samantha L. Weinstein
Address: Main Street Suite 365
Walnut Creek, CA 94596-3726
By this e-mail slweinstein@ww.law

Documents Served: Second Amended Complaint, Request to POSPONE CONFERENCE DATE

[ ] (By U.S. Mail) I deposited such envelope in the mail at _____, California with postage thereon fully prepaid. I am readily familiar with the regular and customary business practice of this office in which mail is duly deposited in the United States Mail at _____, California on the date that it is mailed.

[x] I served a true and correct copy ~~during~~ during regular business hours to the e-mail listed above. Said transmission was reported complete and without error.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: 08/08/2022

Josue Munoz                                                      *Josue Munoz*

_____                    _____
Name of person serving the papers