# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | CV 22-00664-FWS (MRWx) |
| Title | Sally Motodani v. MoneyGram Payment Systems, Inc. |
| Date | October 6, 2022 |

PRESENT:

### HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE

| Melissa H. Kunig | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | Samantha Weinstein |

**PROCEEDINGS:** DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT [37]

Motion hearing held on Zoom. The court and counsel confer regarding matters as stated on the record. No appearance on behalf of Plaintiff.

The Court takes the Motion under submission. Order to issue.

0 : 07

Initials of Deputy Clerk   mku

cc: